FILED'07 MAY 02 10:19 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIC R. HASSELBLAD,

    Plaintiff,

v.

OREGON DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

Civil No. 06-1403-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that the parties' Joint Motion to Dismiss (#37) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

    DATED this 2nd day of May, 2007.

                                /s/ Anna J. Brown
                              ANNA J. BROWN
                              United States District Judge